Argued on rehearing July 29, affirmed on rehearing September 23, 1924, appellants' petition for rehearing denied and costs taxed March 17, mandate issued March 29, 1925.

## LONDON AND SCOTTISH ASSURANCE CORPORATION, Ltd., et al. *v.* CALIFORNIA-OREGON POWER COMPANY.

(228 Pac. 1095.)

From Klamath: A. L. Leavitt, Judge.
In Banc.

Affirmed on Rehearing.

For appellants there was a brief over the names of *Messrs. Miller, Thornton & Miller, Messrs. Renning, Manning & Ganong* and *Messrs. McCamant & Thompson,* with oral arguments by *Mr. Wallace McCamant* and *Mr. H. B. M. Miller.*

For respondent there was a brief over the names of *Messrs. Morrison, Dunne & Brobeck, Mr. A. E. Reames, Mr. R. C. Groesbeck,* and *Mr. D. V. Kuykendall,* with an oral argument by *Mr. Peter H. Dunne.*

BURNETT, J.—This case is a companion to *Kesterson* v. *California-Oregon Power Co., supra,* p. 22 (228 Pac. 1092), and arises out of the same fire and depends upon the same principles. The demurrer to the complaint was sustained by the Circuit Court and the cause dismissed, from which decision

the plaintiffs appealed. Depending as it does upon the same principles elaborated in the Kesterson case, the same conclusion is inevitable and the judgment should be affirmed.

It is so ordered.

AFFIRMED. REHEARING DENIED.

BEAN, J., dissents, and adheres to the former opinion.